UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TORIC LAVERN YEARBY,**

    **Plaintiff,**

**v.**                                       Case No: 3:11cv306/RV/CJK

**KEVIN HALL,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

    This case filed pursuant to 42 U.S.C. § 1983 is before the Court upon the parties' Joint Motion For Dismissal With Prejudice. (Doc. 40). The parties assert that they have amicably settled this case, the settlement terms and conditions were satisfied, and no controversy exists. (*Id*.). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action should be dismissed.

    Accordingly, it is respectfully RECOMMENDED:

    1. That the parties' Joint Motion For Dismissal With Prejudice (doc. 40) be GRANTED.

    2. That this case be DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(a).

3. That the Clerk be directed to close the file.

At Pensacola, Florida, this 21st day of October, 2013.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).