**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**TORIC LAVERN YEARBY,**

    **Plaintiff,**

**vs.**                                                 **Case No: 3:11cv306/RV/CJK**

**KEVIN HALL,**

    **Defendant.**

_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 21, 2013 (doc. 41), pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court. No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 41) is adopted and incorporated by reference in this order.

2. The parties' Joint Motion For Dismissal With Prejudice (doc. 40) is GRANTED.

3. This case is DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(a).

4. The Clerk is directed to close the file.

DONE AND ORDERED this 25th day of November, 2013.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**